**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR MAZARIEGOS,<br><br>          Plaintiff,<br><br>     v.<br><br>RECONTRUST COMPANY;<br>COUNTRYWIDE HOME LOANS,<br>INC.; and DOES 1-50,<br>inclusive,<br><br>          Defendants. | Case No. EDCV 08-1623-VAP (PJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  January 28, 2009

                                            VIRGINIA A. PHILLIPS<br>
                                       United States District Judge